*Peter R. Johl,* pro se, the appellant-appellee (plaintiff).

Argued June 7—decided June 7, 1977

CHARLES HUCKABEE *v.* SUPERINTENDENT,
CONNECTICUT CORRECTIONAL
INSTITUTION, ENFIELD

The defendant's motion to dismiss as moot the appeal from the Superior Court in Hartford County is granted.

*John E. Donnelly,* assistant prosecuting attorney, for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued June 7—decided June 7, 1977